UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**VICTOR LEONAL GARCIA CRUZ,**

Plaintiff

v.                                         C-1-12-751

**STEVE BAUER CONSTRUCTION, LLC.,**

Defendant

### ORDER

This matter is before the Court upon the Supplemental Report and Recommendation of the United States Magistrate Judge (doc. no. 14) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted. The Supplemental Report and Recommendation of the United States Magistrate Judge (doc. no. 14) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Plaintiff's Motion for Default Judgment (doc.

2

no. 8) is GRANTED and judgment is entered in favor of plaintiff and against defendant, Steve Bauer Construction, LLC, in the amount of $3,081.00, together with costs and post-judgment interest accruing at the Federal rate.

IT IS SO ORDERED.

                                               s/Herman J. Weber
                                       Herman J. Weber, Senior Judge
                                       United States District Court